# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

SIPING LIU,

    Plaintiff,

v.                                    Case No: 5:14-cv-424-Oc-30PRL

ERIC HOLDER, JEH CHARLES
JOHNSON, JAMES B. COMEY and
RUTH DOROCHOFF,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Defendants' Unopposed Motion to Dismiss for Mootness (Dkt. #11). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

    1.    Defendants' Unopposed Motion to Dismiss for Mootness (Dkt. #11) is GRANTED.

    2.    This cause is dismissed.

    3.    All pending motions are denied as moot.

    4.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of February, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record